## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel*. MICHAEL COWAN,<br><br>          Plaintiff,<br><br>v.<br><br>JHW GREENTREE CAPITAL L.P., J.H. WHITNEY & CO., PETER M. CASTLEMAN, MICHAEL R. STONE, DANIEL J. O'BRIEN, STEVEN LOGAN, GARMARK PARTNERS II L.P., E. GARRETT BEWKES III, WESTWIND INVESTORS L.P., PRAIRIE FIRE CAPITAL LLC, PTOLEMY LLC, THE CASTLEMAN FAMILY FOUNDATION, and THE MICHAEL AND KAREN STONE FAMILY FOUNDATION,<br><br>          Defendants. | CASE NO. 3:14-cv-1556-MPS<br><br>FILED UNDER SEAL |

## RELATOR'S MOTION FOR VOLUNTARY DISMISSAL

Pursuant to 31 U.S.C. § 3730(b) and this Court's December 28, 2018 Order, Plaintiff-Relator Michael Cowan ("Relator") moves to voluntarily dismiss the above-captioned action, and would show the Court as follows:

On December 11, 2018, the United States informed the Court that it would decline to intervene in this action. In light of the Government's decision, Relator does not intend to pursue this action independently. Accordingly, Relator respectfully asks that the Court dismiss this action.

Pending the Court's ruling on this Motion, Relator stipulates that the defendants need not file any responsive pleading in response to Relator's complaint.

Dated:    March 28, 2019                          Respectfully submitted,


By: /s/Gene S. Winter
     GENE S. WINTER, CT05137
     JONATHAN A. WINTER, CT29316
     gwinter@ssjr.com;
     litigation@ssjr.com
     ST. ONGE STEWARD JOHNSTON
     & REENS LLC
     986 Bedford Street
     Stamford, Connecticut 06905-5619
     Telephone:  (203) 324-6155
     Facsimile: (203) 327-1096


     NATALIE L. ARBAUGH
     (admitted *pro hac vice*)
     Texas Bar No. 24033378
     arbaugh@fr.com
     JOHN MICHAEL GADDIS
     (admitted *pro hac vice*)
     Texas Bar No. 24069747
     gaddis@fr.com
     WINSTON & STRAWN LLP
     2121 N. Pearl St, Suite 900
     Dallas, Texas 75201
     Telephone: (214) 453-6500
     Facsimile: (214) 453-6400

     **Attorneys for Relator**
     **MICHAEL COWAN**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 28th day of March, 2019, a copy of the foregoing document was filed electronically and served by mail or e-mail on anyone unable to accept electronic filing.


     By: */s/ Gene S. Winter* _____
           Gene S. Winter

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

THE UNITED STATES OF AMERICA,
*ex rel*. MICHAEL COWAN,

      Plaintiff,

v.

JHW GREENTREE CAPITAL L.P., J.H.
WHITNEY & CO., PETER M. CASTLEMAN,
MICHAEL R. STONE, DANIEL J. O'BRIEN,
STEVEN LOGAN, GARMARK PARTNERS II
L.P., E. GARRETT BEWKES III, WESTWIND
INVESTORS L.P., PRAIRIE FIRE CAPITAL LLC,
PTOLEMY LLC, THE CASTLEMAN FAMILY
FOUNDATION, and THE MICHAEL AND
KAREN STONE FAMILY FOUNDATION,

      Defendants.

CASE NO. 3:14-cv-1556-MPS

FILED UNDER SEAL

## [PROPOSED] ORDER

      **AND NOW**, this _____ day of _____, 2019, it is hereby **ORDERED**

that Plaintiff-Relator Michael Cowan's ("Relator") Motion for Voluntary Dismissal

is **GRANTED**.

BY THE COURT:

_____

United States District Court Judge