UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel,* MICHAEL COWAN | : : : | |
| Plaintiffs, | : : | CIVIL NO. 3:14cv1556 (MPS) |
| v. | : : | |
| JHW GREENTREE CAPITAL, L.P. et al, | : : | April 5, 2019 |
| Defendants, | : | |

## NOTICE OF CONSENT TO
## RELATOR'S MOTION TO DISMISS WITHOUT PREJUDICE

On March 28, 2019, Plaintiff-Relator filed a Motion for Voluntary Dismissal. Pursuant to the False Claims Act, 31 U.S.C. §3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action base on currently available information.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

By:   */s/ John B. Hughes*_____
JOHN B. HUGHES
Assistant United States Attorney
Federal Bar No. ct05289
Connecticut Financial Center
157 Church St., 25th Floor
New Haven, CT 06510
Tel. (203) 821-3700

Fax (203) 773-5373
Counsel for the United States

By:   */s/ Mary Chris Dobbie*
MICHAEL D. GRANSTON
JAMIE YAVELBERG
MARY CHRIS DOBBIE
U.S. Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC   20044

CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, a true and correct copy of the Notice of Consent to Relator's Motion for Voluntary Dismissal Without Prejudice was served by first-class mail on:

Gene S. Winter
986 Bedford Street
Stamford, CT 06905

Natalie L. Arbaugh
2121 N. Pearl St., Ste 900
Dallas, TX 75201

.

*/s/John B. Hughes*_____
John B. Hughes
Assistant United States Attorney